406          Holnes Law                                        03:36:12 p.m.     05-03-2021     6/7

ORIGINAL

FILED

05/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0539



IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0539

| | | |
|---|---|---|
| ESTATE OF WILLIAM H. BALTRUSCH, | ) | Cause No.:   DV-19-160 |
| | ) | DV-19-172 |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LASALLE RANCH, INC., | ) | |
| | ) | |
| Respondent/Appellant. | ) | |

| | | |
|---|---|---|
| LASALLE RANCH, INC., | ) | |
| | ) | |
| Petitioner/Appellant, | ) | |
| | ) | FILED |
| vs. | ) | |
| | ) | MAY 0 4 2021 |
| HILL COUNTY JUSTICE COURT, | ) | |
| AUDREY BARGER, PRESIDING JUDGE, | ) | Bowen Greenwood |
| | ) | Clerk of Supreme Court |
| Respondent/Appellee | ) | State of Montana |

ORDER EXTENDING DEADLINE FOR FILING OPENING BRIEF

UPON review of the foregoing Motion and for good cause appearing therefrom;

IT IS HEREBY ORDERED:

1.  That the parties shall have up to and including June 9, 2021 within which to file

the Appellant's Opening Brief.

DATED 4th day of ~~January~~ May, 2021

SUPREME COURT OF MONTANA

cc:     Nathan J. Hoines – Counsel for Respondent/Appellant
        Jennifer Forsyth/Kaden Keto – Counsel for Plaintiff/Appellee
        Audrey Barger, Justice of the Peace